IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **DARLENE CRUIT,** § § | |
| Plaintiff/Counter-Defendant, § § | |
| v. § § | |
| § | Civil Action No. 4:22-cv-00180-ALM |
| **WILMINGTON SAVINGS FUND SOCIETY FSB AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST VI-A,** § § § § § § | |
| Defendant/Counter-Plaintiff. § | |

**NOTICE OF SERVICE OF RULE 26 DISCLOSURES**

TO:  the Honorable Judge of Said Court:

Comes now Darlene Cruit, and files this Notice of Rule 26 Disclosures.

Plaintiff would show that on this date she has served on opposing counsel the initial disclosures required by Rule 26, F.R.Civ.Pro.

           Respectfully submitted,

      By:   /s/ Kenneth S. Harter
           **KENNETH S. HARTER**
           Texas Bar No. 09155300
           kenharterlawyer@gmail.com

      **Law Offices of Kenneth S. Harter**
      5080 Spectrum Dr. Suite 1000-E
      Addison, Tx. 75001
      (972) 972-752-1928
      (214) 206-1491 (Fax)

           ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served via ECF notification on the following counsel of record on April 21, 2022, addressed to:

        Mark Cronenwett
**MACKIE, WOLF, ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: (214) 635-2650
Facsimile:  (214) 635-2686


     */s/ Kenneth S. Harter*
    Kenneth S. Harter