# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DARLENE CRUIT,** § | |
| § | |
| Plaintiff/Counter-Defendant, § | |
| § | |
| v. § | |
| § | Civil Action No. 4:22-cv-00180-ALM |
| **WILMINGTON SAVINGS FUND** § | |
| **SOCIETY FSB AS OWNER TRUSTEE** § | |
| **OF THE RESIDENTIAL CREDIT** § | |
| **OPPORTUNITIES TRUST VI-A,** § | |
| § | |
| Defendant/Counter-Plaintiff. § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Came on for consideration the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff/Counter-Defendant Darlene Cruit ("Plaintiff") and Defendant/Counter-Plaintiff Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A ("Defendant") (together, "the Parties"). The Court, having considered the Stipulation, determines that the Stipulation should be granted.

It is, therefore, **ORDERED, ADJUDGED, and DECREED** all of Plaintiff's claims asserted in this Action against Defendant are dismissed with prejudice to the re-filing of same. It is further,

**ORDERED, ADJUDGED, and DECREED** all of Defendant's counterclaims against Plaintiff in this Action are dismissed without prejudice to the re-filing of same.

All relief not granted herein is denied. Costs are taxed against the party incurring same. This Order constitutes a final judgment in that it finally disposes of all parties and all claims.

**SIGNED this 29th day of July, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE